


3092 - Verification of Creditor Matrix. 12/95  **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT
## Northern **DISTRICT OF** Illinois

In re: Jose A. Contreras

Case No.
Debtor(s)
Chapter 7

## VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Dated: 1/19/09

Debtor  Jose A. Contreras

Debtor  _____